No. 77–6431.  CABAN v. MOHAMMED ET UX.  Ct. App. N. Y.  [Probable jurisdiction noted, 436 U. S. 903.]  Motion of the Legal Aid Society of New York City for leave to file a brief as *amicus curiae* denied █  Motion of Attorney General of New York for leave to present oral argument as *amicus curiae* in support of appellees granted.

No. 77–1810.  ARIZONA PUBLIC SERVICE CO. ET AL. v. SNEAD, DIRECTOR OF REVENUE DIVISION, DEPARTMENT OF TAXATION AND REVENUE OF NEW MEXICO, ET AL.  Appeal from Sup. Ct. N. M.  Probable jurisdiction noted. █

No. 78–233.  PERSONNEL ADMINISTRATOR OF MASSACHUSETTS ET AL. v. FEENEY.  Appeal from D. C. Mass.  Probable jurisdiction noted. █

No. 78–225.  BABBITT, GOVERNOR OF ARIZONA, ET AL. v. UNITED FARM WORKERS NATIONAL UNION ET AL.  Appeal from D. C. Ariz.  Further consideration of question of jurisdiction postponed to hearing of case on the merits. █

No. 77–1497.  ARKANSAS v. SANDERS.  Sup. Ct. Ark.  Certiorari granted. █

No. 77–1806.  FORD MOTOR CO. (CHICAGO STAMPING PLANT) v. NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 7th Cir. Certiorari granted. █

No. 78–91.  JONES ET AL. v. WOLF ET AL.  Sup. Ct. Ga. Certiorari granted. █